# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

The Excellent Raj K. Patel,

**PLAINTIFF(S)**

v.

His Majesty King Charles III, et al.,

**DEFENDANT(S)**

**CASE NUMBER**

2:23-cv-07760-TJH-PDx

**ORDER ON REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**(NON-PRISONER CASE)  [3] [JS-6]**

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it.  On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.     ☐ is able to pay the filing fees.

☒ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees.  This is what is missing:

It is unclear from Plaintiff's Request how he affords daily living expenses and the bills he identified if he is unemployed, has no money in his accounts, has no other source of income, and earned only $800 last year. *See, e.g., GMS Liberty LLC v. Hib*, 2018 WL 1150839, at *1 (S.D. Cal. Mar. 2, 2018); *Holland v. Lake Cnty. Mun. Gov't*, 2013 WL 2456105, at *2 (N.D. Ind. June 6, 2013). Additionally, his claim of indigence is inconsistent with his allegation in the Complaint that he is in the "[t]op 1% of Americans, in terms of income and cash-on-hand." (Complaint at 6).

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.

    ☒ The action is frivolous or malicious.

    ☒ The action fails to state a claim upon which relief may be granted.

    ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

November 14, 2023
_____
Date

_____
United States District Judge

The allegations in the Complaint are unintelligible and, to the degree that they can be parsed at all, implausible. *See Atakapa Indian de Creole Nation v. Louisiana*, 943 F.3d 1004, 1006-07 (5th Cir. 2019). Given the frivolous and unintelligible nature of Plaintiff Patel's claims, it is clear the deficiencies cannot be cured by amendment. *See Lopez v. Smith*, 203 F.3d 1122, 1128 n.8 (9th Cir. 2000) (*en banc*).

Accordingly, the Request is DENIED, and this action is DISMISSED with prejudice. All other pending matters are TERMINATED.

*(attach additional pages if necessary)*